Terri Adams, Pro Se

2726 25th Ave Oakland CA 94661

(510) 407 6110



FILED

DEC 16 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

**TERRI ADAMS**

Plaintiff

Case No: C14- 5482 KAW

Violation of civil Rights-42 U.S.C¶1983

(Excessive Force by Police Officers)

Demand for Jury trial

vs

**CITY OF HAYWARD, a Municipality,**

**GALE EAKIN, a Community Services Officer**

**And OFFICER NGUYEN**

Plaintiff alleges:

1. Plaintiff is, and has at all material times been, a citizen and resident of Alameda County, California.

2. On November 30 2013, plaintiff was in the custody of the Hayward Police Department and was physically assaulted by defendants Eakin and Nguyen who pulled plaintiff down by her hair, kicked her and stomped on her body and hand while she lay prone on the ground after which plaintiff was taken to the emergency department of St. Rose Hospital.

3. Defendants Eakin and Nguyen are employees of the City Of Hayward acting within the course and scope of their employment pursuant to the city's policies and practices.

4. Plaintiff filed a Claim with the City of Hayward("the City") on March 28, 2014 and requested retention and production of the City's video tape which recorded at least some part of the incident.

5. On June 16, 2014 the city rejected plaintiff's claim and on October 1, 2014 refused to produce the video until after its investigation was completed.

6. On December 12, 2014 the city produced the video which depicts unreasonable and excessive force committed by defendants against plaintiff.

7. By their actions, defendants have deprived plaintiff of her constitutional right not to suffer or undergo unreasonable seizure under the 4th Amendment to the U.S. Constitution and in violation of her civil rights under 42 U.S.C.¶1983.

8. In addition defendants have committed assault and battery against plaintiff's body in violation of applicable California state law.

9. Plaintiff has suffered physical injury, emotional distress and wage loss as a result of defendants' actions and seeks damages, both compensatory and punitive, as well as attorney's fees in the event that plaintiff is subsequently represented by counsel.

10. This court has jurisdiction over plaintiff's claim under 42 U.S. C.¶1983 and venue in this court is proper since all relevant events occurred in Alameda County.

11. Plaintiff demands a jury for the trial of this action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: December 16, 2014

*Terri Adams*

Terri Adams, Pro Se