Steven C. Finley CSB# 074391
HENNEFER, FINLEY & WOOD, LLP
11 Embarcadero West, Suite 140
Oakland CA 94607
Telephone:(510) 444 0111
Facsimile:(415) 296-7111
Email: SFinley@finleylaw.biz

Attorneys for Plaintiff Terri Adams

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TERRI ADAMS<br><br>          Plaintiff,<br><br>     vs.<br><br>CITY OF HAYWARD, a Municipality, GALE EAKIN, a Police Officer, ANTWAN NGUYEN, a Police Officer, Officer TINA MILLS, a Community Services Officer, and JONATHAN COLTON, a Community Services Officer<br><br>          Defendants. | Case No.: C-14-5482(KAW)<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR EARLY NEUTRAL EVALUATION |

-1-
STIPULATION TO EXTEND ENE SESSION - C-14-5482 (KAW)

Pursuant to ADR Local Rule 5-5(a) by and through their attorneys of record in this action, the parties do hereby STIPULATE to the extension of time for conducting the Early Neutral Evaluation (ENE) session in this action by thirty (30) days to June 25, 2015, for the following reasons:

1) The Court's Case Management Order of March 20, 2015 provides that the ENE session be held by May 26, 2015;

2) The order appointing Patrick Robbins Esq. as evaluator was filed March 27, 2015;

3) The parties attorneys and the evaluator conducted a preliminary telephone conference on April 24, 2015 setting a mutually available date for the ENE session of June 11, 2015 to allow sufficient time for preparation by the parties.

DATED: April 27, 2015

HENNEFER FINLEY & WOOD LLP

By /s/ Steven Finley

Steven C. Finley Esq.

Attorneys for plaintiff Terri Adams

DATED: 4/28/15, 2015

OFFICE OF THE CITY ATTORNEY
CITY OF HAYWARD

By _____
Justin Nishioka Esq.
Deputy City Attorney
Attorneys for defendants

IT IS SO ORDERED:

Dated: 4/30/15

_____
U.S. District Court Magistrate

-3-
STIPULATION TO EXTEND ENE SESSION - C-14-5482 (KAW)