Steven C. Finley CSB# 074391
HENNEFER, FINLEY & WOOD, LLP
11 Embarcadero West, Suite 140
Oakland CA 94607
Telephone:(510) 444 0111
Facsimile:(415) 296-7111
Email: SFinley@finleylaw.biz

Attorneys for Plaintiff Terri Adams

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TERRI ADAMS | Case No.: C-14-5482(KAW) |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| vs. | |
| CITY OF HAYWARD, a Municipality, GALE EAKIN, a Police Officer, ANTWAN NGUYEN, a Police Officer, Officer TINA MILLS, a Community Services Officer, and JONATHAN COLTON, a Community Services Officer | |
| Defendants. | |

HENNEFER, FINLEY & WOOD, LLP
ATTORNEYS AT LAW

-1-

**HENNEFER, FINLEY & WOOD, LLP**
*ATTORNEYS AT LAW*

1

2    WHEREAS the Case Management Conference in this case has been

3  set for June 23, 2015, the parties have filed a Joint Case

4  Management Conference Statement on June 16, 2015 and plaintiff's

5  counsel must be out of state on a family matter on June 23, 2015;

6    THE PARTIES HERETO STIPULATE by and through their attorneys

7  of record in this action, to continue the Case Management

8  Conference on the court's calendar to Tuesday July 14, 2015 at

9  1:30 pm.

10  DATED: June 16, 2015

11

12                              HENNEFER FINLEY & WOOD LLP

13

14                    By    _____

15                              Steven C. Finley Esq.

16                              Attorneys for plaintiff Terri Adams

17  DATED: 6/16  , 2015

18

19

20                              OFFICE OF THE CITY ATTORNEY

21                              CITY OF HAYWARD

22

23                    By  _____

24                              Justin Nishioka Esq.

25                              Deputy City Attorney

26                              Attorneys for defendants

27

28
                              -2-
**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE –CASE NO.C-14-5482 (KAW)**

IT IS SO ORDERED:

    The Case Management Conference in this case is hereby continued
                  28
to July ~~14~~, 2015 at 1:30 pm.

Dated: 06/18/2015

*Kandis Westmore*

KANDIS A. WESTMORE
United States Magistrate Judge

HENNEFER, FINLEY & WOOD, LLP
ATTORNEYS AT LAW

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE –CASE NO.C-14-5482 (KAW)