1  Steven C. Finley CSB# 074391
   HENNEFER, FINLEY & WOOD, LLP
2  11 Embarcadero West, Suite 140
   Oakland CA 94607
3  Telephone:(510) 444 0111
   Facsimile:(415) 296-7111
4  Email: SFinley@finleylaw.biz

5  Attorneys for Plaintiff Terri Adams

8            UNITED STATES DISTRICT COURT
9           NORTHERN DISTRICT OF CALIFORNIA
10                OAKLAND DIVISION

12 TERRI ADAMS                         Case No.: C-14-5482(KAW)

13              Plaintiff,             STIPULATION AND [PROPOSED]
                                       ORDER CONTINUING CASE
14       vs.                           MANAGEMENT

15 CITY OF HAYWARD, a
16 Municipality, GALE EAKIN, a
   Police Officer, ANTWAN NGUYEN,
17 a Police Officer, Officer TINA
   MILLS, a Community Services
18 Officer, and JONATHAN COLTON,
19 a Community Services Officer

20              Defendants.

HENNEFER, FINLEY & WOOD, LLP
ATTORNEYS AT LAW

-1-
**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE – CASE NO.C-14-5482 (KAW)**

WHEREAS the Case Management Conference in this case has been set by the court for July 28, 2015 after the parties previously filed a Stipulation and Order requesting continuance of the Case management conference to July 14, 2015, and plaintiff's counsel will be out of the country on vacation from July 27, 2015 returning August 18, 2015;

THE PARTIES HERETO STIPULATE by and through their attorneys of record in this action, to continue the Case Management Conference on the court's calendar to August 25, 2015 at 1:30 pm or such other date thereafter as is convenient to the court.

DATED: June 29, 2015

HENNEFER FINLEY & WOOD LLP

By _____
Steven C. Finley Esq.
Attorneys for plaintiff Terri Adams

DATED: 6/26, 2015

Michael Lawson
OFFICE OF THE CITY ATTORNEY
CITY OF HAYWARD

By _____
Justin Nishioka Esq.
Deputy City Attorney
Attorneys for defendants

-2-

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE -- CASE NO. C-14-5482 (KAW)

IT IS SO ORDERED:

The Case Management Conference in this case is hereby continued to August 25, 2015 at 1:30 pm.

Dated: 7/1/15

_Kandis Westmore_
Hon. Kandis Westmore
U.S. District Court Magistrate