```
 1  Steven C. Finley
    HENNERER FINLEY & WOOD, LLP
 2  11 Embarcadero West, Suite 140
    Oakland Ca. 94607
 3  Telephone (510) 444-0111
    Fax       (510) 296-7111
 4  Attorneys for plaintiffs Terri Adams
```

FILED
AUG 28 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI ADAMS | ) Case No.: [Number] |
| Plaintiff, | ) C14-05482-KAW |
| vs. | ) |
| CITY OF HAYWARD, | ) |
| Defendant | ) |

INTRODUCTION OF 5 E-MAILS FOR THE COURT RECORD BETWEEN ATTORNEY AND CLIENT STATING THE REASONS WHY PLAINTIFF TERRI ADAMS IS REQUESTING ATTORNEY STEVEN FINLEY TO WITHDRAW AS COUNSEL.

Dated this 28 of AUGUST, 2015



RE: Motion to withdraw: (2)

sfinley@finleylaw.biz  Terri: This will confirm our telephone conversatio   Aug 26 at 11:31 AM

**Terri Adams**   Today at 10:37 AM
To sfinley@finleylaw.biz

Dear Mr. Finley ;
I am requesting that you schedule us for settlement hearing with the judge because I wish to exercise my right to have a a hearing before a judge and I have a question as to the ENE negotiator whether it was a conflict of interest

Shop smart. Quote Allstate. Allstate



### GERENAL QUESTION;

**Terri Adams**     Today at 1:50 PM
To Steven Finley

Dear Mr. Finley

I am hereby requesting you to challenge the dropbox video from the City of Hayward under the General Question rule of discovery because I intend to disprove the validity of said video with expert and professional testimony please have it filed today if possible.

Thank you

Reply, Reply All or Forward | More

🏠 Home   Mail   Search   News   Sports   Finance   Weather   Games   Answers   Screen   Flickr   Mobile   Try Yahoo Mail on Firefox

Search   Search Mail   Search Web   🏠 Home   Terri ⚙

✏ Compose ← ≪ → 🗑 Delete   Move ▾   Spam ▾   ••• More ▾   ↑ ↓ ✕

Inbox (111)
Drafts (6)
Sent
Spam (51)
Trash
∨ Smart Views
   Important
   Unread
   Starred
   People
   Social
   Travel
   Shopping
   Finance
› Folders
› Recent

Sponsored
at&t
AT&T U-verse Internet now with HBO® HBO GO® & a year of Amazon Prime $49/mo for 12 mos see details

**RE: Motion to withdraw:**   [Important]

**sfinley@finleylaw.biz**     Today at 11:31 AM
To: Terri Adams

Terri:
This will confirm our telephone conversation of today, August 26, 2015 in which I informed you that I had scheduled the depositions of Officers Eakin and Mills on September 2 and 4, 2015 respectively for a 2 and 1/2 and 2 hour period respectively, with the right to continue to another time and date in light of the officers duty schedules.
You advised me in no uncertain terms that:
1. You do not want me on the case and that I should move to withdraw, and
2. I should not proceed with the depositions.
I will file a motion to withdraw by Monday as discussed with the court. As to the depositions, you are aware that defendants will be filing a motion for summary judgment on August 27 and that any opposition must be filed by September 10 before my motion to withdraw will be heard on September 17. Failure to take these depositions could prejudice your ability to oppose the motion. Based on your telephone outbursts I do not have any confidence that I can obtain your cooperation in opposing the motion, which if successful could result in the dismissal of all or part of your case.
Unless I hear from you with instructions to proceed with the depositions, I will take them off calendar.
Sincerely,

Steven C. Finley
Hennefer, Finley & Wood, LLP
425 California Street, 19th Floor
San Francisco, CA 94104
Tel: (415) 296-0111
Fax: (415) 296-7111
E-mail: sfinley@finleylaw.biz
PLEASE RESPOND TO THIS EMAIL ADDRESS AND UPDATE YOUR RECORDS TO REFLECT THE CHANGE.
Website: www.finleylaw.org

CONFIDENTIALITY NOTICE: This ELECTRONIC MAIL is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone. Thank you.

-------- Original Message --------
Subject: Motion to withdraw:
From: Terri Adams <terriadams910@yahoo.com>
Date: Thu, July 23, 2015 1:35 pm
To: Steven Finley <sfinley@finleylaw.biz>

Dear Mr. Finley,
as per your previous letter stating that you are not willing to fund my case, and in light of your uploading and modifying my video into multiple files without my consent I no longer have confidence in your ability to adequately represent me nor do I believe that you have my best interests at heart therefore I am in full agreement with you that you file a motion to withdraw by the end of the business day today July 22nd 2015 and I ask that you refrain from making any decisions as my attorney especially that business of dismissing officer nguyen from my case.
I will see you in court for the judges ruling on the motion.

Reply, Reply All or Forward | More

Click to reply all



## motion to withdraw:

**Terri Adams**  Today at 1:40 PM
To sfinley@finleylaw.biz

as per our conversation today I requested that you obey the judge's request to re-submit your motion to withdraw and fully disclose the reasons for the motion. Please continue your scheduled depositions for officers Eakin and Mills with Nguyen and colten to follow asap and please don't forget that this is my case and that for the remainder of the time being please respect my wishes and have all four of the officers deposed and ready for trial before our next hearing, thank you no one is to be left out I just want to be clear on that

1. that you edited/modified a key piece of evidence in my case.
2. that you are working with the defense in de-railing my case.
3. you are trying to let a guilty officer who is a party this action out of the lawsuit.
4. I have lost confidence in your ability to represent me
5. I don't feel that you have my best interest at heart.
6. you have not provided an adequate representation of my case to this date.

it is my intention to forward a copy of this transcript to the honorable judge Westmore.

Reply, Reply All or Forward | More