Terri Adams
2811 Nicol Ave
Oakland Ca. 94602
510-536-4099

**FILED**
SEP 28 2015
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**RECEIVED**
2015 OCT 28  P 4: 12
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

Terri Adams, IN PRO PER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

TERRI ADAMS,

    Plaintiff,

vs.

CITY OF HAYWARD,

    Defendant

) Case No.: C-14-05482-KAW
)
)
) **JOINT CASE MANAGEMENT**
) **STATEMENT**
)
)
)
)

The parties to the above entitled action hereby jointly submit the following

**JOINT CASE MANAGEMENT STATEMENT PURSUANT TO THE COURT'S CASE MANAGEMENT AND PRETRIAL ORDER FILED MARCH 20, 2015 DOCKET 20.**

**1. JURISDICTION AND SERVICE**

- 1 -
DOCUMENT TITLE (e.g., COMPLAINT FOR DAMAGES)

- 2 -

1. THE COURT HAS FEDERAL QUESTION AND JURISDICTION OVER THIS CIVIL RIGHTS ACTION UNDER 28 U.S.C 1331, 42 U.S.C. 1983 ALL DEFENDANTS HAVE BEEN SERVED AND HAVE ANSWERED.

2. PLAINTIFF HAS NOT RETAINED NEW COUNSEL AT THIS TIME AND HAS BEEN REFERRED TO THE FEDERAL PRO-BONO PROGRAM AND IS CURRENTLY AWAITING THE MAGISTRATE'S RULING ON APPOINTING A COURT ORDERED ATTORNEY FOR THE PLAINTIFF.

3. PLAINTIFF IS ALSO AWAITING MAGISTRATE'S DECISION ON SUMMARY JUDGEMENT

DATED: October 28, 2015

_____
Terri Adams
In Pro Per

- 2 -
DOCUMENT TITLE (e.g., COMPLAINT FOR DAMAGES)