UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERRI ADAMS,

    Plaintiff,

    v.

CITY OF HAYWARD, et al.,

    Defendants.

Case No. 14-cv-05482-KAW

**ORDER REGARDING PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT; CONTINUING 11/17/15 CASE MANAGEMENT CONFERENCE**

Re: Dkt. No. 67

On October 28, 2015, Plaintiff filed a document captioned "Joint Case Management Statement," Dkt. No. 67. The filing is not a joint statement, and it does not comply with the Standing Order for All Judges of the Northern District of California. In the filing, Plaintiff states, among other things, that she has not retained counsel, that she has been referred to the Federal Pro Bono Project, and that she is currently awaiting "the magistrate's ruling on appointing a court ordered attorney for the plaintiff." (*Id.* at 2.)

Plaintiff is on notice that her motion for court-appointed counsel was denied on September 11, 2015. (Sept. 11, 2015 Order, Dkt. No. 63.) Plaintiff's former attorney personally served Plaintiff with a copy of that order on September 15, 2015. (Cert. of Service, Dkt. No. 65.) Counsel also served Plaintiff with a copy of the Court's order regarding his motion to withdraw. (*Id.*)

In the order regarding counsel's motion to withdraw, the Court gave Plaintiff specific instructions. By October 30, 2015, Plaintiff was to file a notice of intent to proceed pro se or, if Plaintiff had secured replacement counsel, her attorney was to file a notice of appearance. (Order at 4, Dkt. No. 62.) If Plaintiff wished to seek an extension of the October 30, 2015 deadline, she was to file a motion indicating the reason for the request, along with a declaration listing the

names and contact information of the attorneys she has contacted as part of her efforts to secure replacement counsel.  (*Id.*)

Given that Plaintiff has not filed a notice of intent to proceed pro se, and in light of the content of Plaintiff's purported case management conference statement, the Court presumes that Plaintiff is seeking an extension of the October 30, 2015 deadline.  Plaintiff is hereby ORDERED to file a declaration listing the names and contact information of the attorneys she has contacted as part of her efforts to secure replacement counsel BY NO LATER THAN December 8, 2015.  At the next case management conference, the Court will address whether it is appropriate for Plaintiff to file a renewed motion to appoint counsel or whether it might be appropriate to appoint pro bono counsel for the limited purpose of assisting Plaintiff with settlement.  This, however, does not relieve Plaintiff of her obligation to file the declaration described above.  Plaintiff shall also file a case management conference statement that complies with the Standing Order for All Judges of the Northern District of California, available at http://cand.uscourts.gov/kaworders, BY NO LATER THAN December 8, 2015.

The Court hereby CONTINUES the November 17, 2015 case management conference to December 15, 2015 at 1:30 p.m. so that Plaintiff has an opportunity to file the appropriate documents.

IT IS SO ORDERED.

Dated: 11/09/15

_____
KANDIS A. WESTMORE
United States Magistrate Judge

2