UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI ADAMS<br><br>  Plaintiff(s),<br><br>vs.<br><br>CITY OF HAYWARD, et al.,<br><br>  Defendant(s). | Case Number: 14-cv-5482-KAW<br><br>ORDER APPOINTING COUNSEL |

Because the Plaintiff has requested and is in need of counsel to assist him/her in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Shawna Ballard (#155188) of McKool Smith Hennigan PC is hereby appointed as counsel for Plaintiff in this matter.

The scope of this referral shall be for:

☐ all purposes for the duration of the case

☒ the limited purpose of representing the litigant in the course of

  ☐ mediation

  ☐ early neutral evaluation

  ☒ settlement conference

  ☐ briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____

  ☐ discovery as follows: _____

  ☐ other: _____

All proceedings in this action are hereby stayed until four weeks from the date of this order. Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

IT IS SO ORDERED.

Dated: 01/25/16

*Kandis Westmore*

KANDIS A. WESTMORE
United States Magistrate Judge