UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERRI ADAMS,

    Plaintiff,

    v.

CITY OF HAYWARD, et al.,

    Defendants.

Case No. 14-cv-05482-KAW

**ORDER REGARDING PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT**

Re: Dkt. No. 87

On May 24, 2016, Plaintiff filed a document captioned "Plaintiff's Statement," Dkt. No. 87. The filing, presumably intended as Plaintiff's case management conference statement, does not comply with the Standing Order for All Judges of the Northern District of California. Accordingly, Plaintiff is ordered to re-file her case management conference statement so that it complies with the Standing Order for All Judges of the Northern District of California, available at http://cand.uscourts.gov/kaworders, BY NO LATER THAN June 2, 2016.

IT IS SO ORDERED.

Dated: 05/25/16

_____
KANDIS A. WESTMORE
United States Magistrate Judge