UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ) | |
| ) | |
| TERRI ADAMS ) | Case Number: 14-cv-05482-KAW |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER TERMINATING LIMITED** |
| ) | **SCOPE REPRESENTATION** |
| ) | |
| CITY OF HAYWARD, et al. ) | |
| Defendants. ) | |
| ) | |

      The above-entitled action was referred to the Federal Pro Bono Project for appointment of pro bono counsel.  Attorney Shawna Lee Ballard was appointed through the Federal Pro Bono Project to serve as volunteer counsel for Plaintiff Terri Adams.  The scope of representation was limited to representing Ms. Adams in the course of a settlement conference.

      Since this purpose has been fulfilled, the Court now removes this case from the Federal Pro Bono Project.  This terminates any further responsibilities of the pro bono counsel.

      The Court thanks Ms. Ballard for her service to the Federal Pro Bono Project and hereby relieves her from the limited scope representation.

      IT IS SO ORDERED.

Dated:  05/26/16

_____
KANDIS A. WESTMORE
United States Magistrate Judge