United States District Court
Northern District of California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TERRI ADAMS,
Plaintiff,
v.
CITY OF HAYWARD, et al.,
Defendants.

Case No. 14-cv-05482-KAW

**VERDICT FORM**

Excessive Force Claim Against Defendant Tina Mills

1. Has Plaintiff Adams proven by a preponderance of evidence that Defendant Mills intentionally used force against Plaintiff Adams?

Yes __X__ No ______

**If you have answered "No" to Question 1, then skip the remaining questions on this form, and sign and date the form below. If you have answered "Yes" to Question 1, proceed to Question 2 below.**

2. Has Plaintiff Adams proven by a preponderance of evidence that Defendant Mills's use of force was objectively unreasonable in light of the facts and circumstances at the time?

Yes ______ No __X__

**If you have answered "No" to Question 2, then skip the remaining questions on this form, and sign and date the form below. If you have answered "Yes" to Question 2, proceed to Question 3 below.**

3. Did Defendant Mills's act cause harm to Plaintiff Adams?

Yes ______ No ______

**If you have answered "No" to Question 3, then skip the remaining questions on this form, and sign and date the form below. If you have answered "Yes" to Question 3, proceed to Question 4 below.**

4. What amount do you award to Plaintiff Adams as compensatory damages for economic and non-economic damages sustained by Plaintiff Adams that was caused by the "Yes" answers to the questions above?

Defendant Mills ____________

5. If you have answered "Yes" to Question 3, did Plaintiff Adams prove that Defendant Mills's conduct was malicious, oppressive, or in reckless disregard for Plaintiff Adams's constitutional rights?

Yes ________ No ________

**If you have answered "No" to Questions 5, then skip the remaining question on this form, and sign and date the form below. If you have answered "Yes" to Questions 5, proceed to Question 6 below.**

6. What amount, if any, do you award to Plaintiff Adams as punitive damages?

Defendant Mills ____________

Dated: 02-09-17

Reno J. Packer
Presiding Juror

United States District Court
Northern District of California