UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERRI ADAMS,

        Plaintiff,

   v.

CITY OF HAYWARD, et al.,

        Defendants.

Case No. 14-cv-05482-KAW

**ORDER TO SHOW CAUSE; ORDER CONTINUING HEARING DATE**

Re: Dkt. No. 161

On February 21, 2017, Defendant Tina Mills filed a motion for attorney's fees, set for hearing on April 6, 2017. (Dkt. No. 161.) Plaintiff's response was due by March 7, 2017. As of the filing of this order, Plaintiff has not filed an opposition. Therefore, Plaintiff is ordered, on or before **March 17, 2017**, to 1) file an opposition or statement of non-opposition to Defendant's motion for attorney's fees, and 2) respond to this order to show cause by explaining why she did not file a timely opposition. Failure to complete both tasks by March 17, 2017 may result in the Court granting Defendant's motion pursuant to Paragraph 22 of this Court's Standing Order, which states that "[t]he failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion." Defendant's reply deadline is continued to seven days after Plaintiff files her opposition.

Additionally, because April 6, 2017 is not an available hearing date, the Court CONTINUES the hearing on Defendant's motion for attorney's fees to **April 20, 2017** at **11:00 a.m.**

IT IS SO ORDERED.

Dated: March 10, 2017

                                                      KANDIS A. WESTMORE
                                                      United States Magistrate Judge